LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

MORALES & LEANOS
Jaime A. Leanos, Esq. (SBN 159471)
jleanoslaw.@pacbell.net
31 N. 2nd. Street, Suite 325
San Jose, CA 95113
Tel: 408-294-6800
Fax:408-912-1692

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OMAR GOMEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA; JORDAN FACHKO,<br><br>          Defendants | Case No. 5:19-cv-05266-LHK<br><br>[*Hon. Lucy H. Koh*]<br><br>**PLAINTIFF'S UPDATED STATEMENT RE: PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>**Trial Date**: November 29, 2021<br>**Time**: 9:00 a.m.<br>**Place**: San Jose Courthouse, Courtroom 8 (4th floor), 280 South 1st Street, San Jose, CA 95113 |

**PLAINTIFF'S UPDATED STATEMENT RE: PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the Honorable Lucy Koh, United States District Judge of the United States District Court for the Northern District of California: Plaintiff Omar Gomez hereby submits the following statement regarding the status of making arrangements made with Elmwood Correctional Facility.

Following the telephonic proceedings on November 23, 2021, Plaintiff's counsel Jaime Leanos discussed the arrangements for Mr. Gomez to be transported from Elmwood Correctional Facility for trial with County Counsel.  Mr. Leanos spoke to Melissa Kiniyalocts, lead deputy county counsel for the Office of the County Counsel, County of Santa Clara, and Shirley Malik, who works for the Office of the Sheriff, County of Santa Clara, Department of Correction—fiscal unit. Plaintiff's counsel was informed during these discussions that Mr. Gomez will need at least two deputies to transport him and watch him during trial.  Plaintiff's counsel informed County Counsel that Mr. Gomez is vaccinated and agreed to provide masks and food for Mr. Gomez during the trial.  Shirley Malik informed Plaintiff's counsel that the Sheriff's Office requires the signed court order to process Mr. Gomez's transportation request and stated that their office would like a copy of the Order submitted as soon as possible.  Ms. Kiniyalocts is willing to provide her direct number to the Court upon request if the Court would like to speak to her directly. Per County Counsel, if the transportation department approves the request after receiving the signed order, then the transportation department will inform the Sheriff's Office and Shirley Malik how many deputies will be covering the transportation.  After that, the estimated invoice amount will be sent to Plaintiff's counsel, who will review the estimate and will cover the payment prior to the transportation date.

Based on the foregoing information, Plaintiff respectfully requests that this Court issue the proposed order Plaintiff filed on November 19, 2021, as ECF 109.

Pending the entry of this Order, Plaintiff's counsel anticipates that the Sheriff's Office will approve the private transportation request, that Plaintiff's counsel will make the payment to the fiscal department, and that Mr. Gomez will be transported to and present to testify in court on December 1, 2021, between 8:30 a.m. and 5:00 p.m.

DATED:  November 23, 2021        LAW OFFICES OF DALE K. GALIPO
                                 MORALES & LEANOS


                        By  _____*s/ Jaime A. Leanos*_____
                            Dale K. Galipo
                            Renee v. Masongsong
                            Jaime A. Leanos
                            *Attorneys for Plaintiff*

-2-
STATEMENT RE: PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM