UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JORDAN FACHKO, et al.,<br><br>        Defendants. | Case No. 19-CV-05266-LHK<br><br>**ORDER PROPOSING JUROR EXCUSALS** |

        The Court will hold a Jury Selection Conference on November 24, 2021 at 1 p.m. to discuss the Jury Questionnaire responses with the parties and to determine which jurors may be excused prior to jury selection.

        The Court proposes excusing the following jurors for hardship: 4, 5, 6, 7, 19, 21, 23, 24, 29, 32, 42, 43, 49, 50, 51, 57, 58, 59, 61, 62, 63, 65, 67, 69, 71, 73, 77, 79, 80, 81, 84.

        The Court proposes excusing the following jurors for cause: 3, 8, 18, 41.

**IT IS SO ORDERED.**

Dated: November 24, 2021

_____
LUCY H. KOH
United States District Judge

1

Case No. 19-CV-05266-LHK
ORDER PROPOSING JUROR EXCUSALS